# First District Court of Appeal
## State of Florida

—————————————————

No. 1D18-3429

—————————————————

BOBBY M. BEENE,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

—————————————————

On appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Judge.

June 26, 2019

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and LEWIS and ROBERTS, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Bobby M. Beene, pro se, Appellant.

Ashley Moody, Attorney General, and Michael McDermott, Assistant Attorney General, Tallahassee, for Appellee.